# **EXHIBIT 1**

## Settlement Agreement and Release

This Settlement Agreement and Release (the "Agreement") is made effective as of 22 May 2019 (the "Agreement Date"), as evidenced by the signatures below, by and between Esam Janahi individually, EJ Capital, Abu Dhabi Investment House ("ADIH"), a/k/a InfraCapital, Gulf Finance House ("GFH") (collectively the "Janahi Parties") and Avenue Capital Group, Inc., a California corporation, d/b/a Avenue Ventures, Incorporated and existing under the laws of the State of California, USA, ("Avenue Ventures"), Avenue Ventures Pakistan Ltd. a Pakistan Securities Exchange Commission registered company No. 0116473 ("AVP") including all of its subsidiaries, SEAMENA-China Ventures Ltd. a Pakistan Securities Exchange Commission registered company No. 0120334 (SCV), Mr. Imaad Zuberi, a US national ("Mr. Zuberi"), USCares, LLC, a Delaware limited liability company ("USCares") (collectively the "Avenue Parties"). The Janahi Parties and Avenue Parties are individually a "Party" and collectively the "Parties".

### RECITALS

**WHEREAS,** the Parties wish to memorialize prior oral agreements and resolve any disputes between them, the Parties agree and state as follows:

**WHEREAS,** the Janahi Parties agreed to engage Avenue Ventures for projects in Africa and Asia and to make investments with Avenue Ventures and USCares, a company which the Janahi Parties expected to apply for a license (the "License") from the Office of Foreign Assets Control ("OFAC") permitting it to export certain food, medicine and medical supplies from the United States to Iran (the "Investment"). Through the Investment, the Janahi Parties would obtain 22% of the Class B shares in US Cares; and

**WHEREAS,** the foregoing License was pursued but not granted within the expected timeline; and

**WHEREAS,** as agreed by the Parties at the time of the original Investment, because of the failure to obtain the License within the expected timeline, USCares and Avenue Ventures (as Manager of US Cares) would return to the Janahi Parties a portion of the investment as agreed and as set forth in Paragraph 1 of this Agreement, and

**WHEREAS,** the Janahi Parties engaged Avenue Ventures and Avenue Ventures Pakistan as consultants for projects in Asia and Africa, and agreed at that time that if projects weren't successful the Janahi Parties would claw back a percentage of the consultant fees as agreed and as set forth in Paragraph 1 of this Agreement, and

**WHEREAS,** pursuant to a loan agreement (the "Loan Agreement") executed on May 19, 2019, Esam Janahi ("Janahi") agreed to lend SEAMENA-China Ventures Ltd. €5,000,000 (the "Seamena Loan") in exchange for collateral in the form of 90 ordinary shares numbered 000810 to 000900 shares of SEAMENA-China Ventures Ltd. (the "SEAMENA Shares Collateral"); and

**WHEREAS,** on May 6, 2019, the SEAMENA Shares Collateral transferred to Janahi, but Janahi still has not made the €5,000,000 loan as required by the Loan Agreement.

**NOW THEREFORE,** in consideration of the premises and the mutual covenants and promises contained herein and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Parties agree as follows:

ATTESTED TRUE COPY
S. RIZWAN ADVOCATE B.A.L.L.B
Advocate High Court &
Notary Public Karachi.

1.   **Avenue Parties' Full Settlement Payment**

Before the execution of this Agreement, as full compensation for, or full repayment of, the Janahi Parties' investments or fees as described above , USCares, Avenue Ventures and Avenue Ventures Pakistan has transferred in cash or equity (the "Avenue Parties' Full Settlement Payment") to the Janahi Parties as follows:

A.   **Cash and Related Payments**

The Avenue Parties have repaid any investments made or fees paid by the Janahi Parties by making the following Cash and Related payments to the Janahi Parties:

i.    $1,000,000 million to Esam Janahi personally via Comyn Holdings Limited, paid on 3/3/2016 to his bank account in Switzerland; and

ii.   $646,992 to Esam Janahi personally, paid on 3/21/2017, 3/23/2017 and 3/31/2017; and

iii.  $100,000 to Paul McKendry personally, paid on 4/15/2016 to a bank account in Ireland; and

iv.   $1,000,000 million to Abu Dhabi Investment House (ADIH), a/k/a InfraCapital to a UAE bank account on 5/17/2018; and

v.    $2,511,595 purchases made for and at the direction of Janahi, including but not limited to, watches, several Tesla cars—including shipping, a BMW in Los Angeles with insurance and registration, a Mercedes Benz in Boston with insurance and registration, clothings, electronics like Apple products, Google glasses and other items requested by Janahi like diabetic food; and

vi.   $1,200,000 million to Janahi or releted to his business for travel, hotel and expenses paid from 2012 to 2019; and

vii.  $2,388,998 paid to Gen Wes Clark, Gen Mike Barbero, doctors from Cedars-Sinai, Richard Olson, lawyers, consultants and various contractors and other people from 2012 to 2019; and

viii. $110,000 Avenue Ventures telephone line for Janahi +1(213) 400-2395, American Express credit card             011 and office related expenses as he was given title of Partner Avenue Ventures

ix.   $52,855 miscellaneous expenses incurred on behalf of Janahi from 2012 to 2019.

Cash or purchases of over $9 million

B.   **Equity Transfers**

As part of the Full Settlement Payment, Esam Janahi was given a 10% equity stake in Avenue Ventures Pakistan Ltd., both parties agree whose valuation

ATTESTED TRUE COPY
S. RIZWAN ADVOCATE B.A.L.L.B
Advocate High Court &
Notary Public Karachi.

is above $5 million as of the transfer date.
Equity: $5,000,000

B.    The Janahi Parties acknowledge that the above-described payments of cash and equity made by the Avenue Parties of over $14 million to the Janahi Parties more than exceed the total amount of investments made and fees paid by the Janahi Parties to the Avenue Venture Parties and that Avenue Venture Parties have no further obligations for any investments or fees before May 19, 2019. Avenue Parties have paid more 75% clawback agreed to which Janahi Parties agree to reimburse.    than

Cash and purchase of over $9 million and Equity of $5 million
Total received over $14 million



## 2.    The SEAMENA-China Loan

The SEAMENA Shares being duly transferred to Janahi on or about May 6, 2019, Janahi has failed to make the agreed to €5,000,000 loan pursuant to the Loan Agreement. Janahi hereby restates and confirms his obligation to make the SEAMENA Loan pursuant to the terms of the Loan Agreement. Janahi agrees to make the SEAMENA Loan within ninty (90) days.

## 3.    Release and Discharge

In consideration for the Avenue Parties' Full Settlement Payment, the Janahi Parties acknowledge and agree that this Agreement completely and fully extinguishes, releases, settles, and forever discharges the Avenue Parties their respective agents, officers, directors, employees, parent corporations, subsidiary corporations, affiliates, representatives and heirs, in interest, and assigns (hereinafter collectively referred to as "Releasees") of and from any and all claims, known or unknown, from the beginning of time to the Agreement Date, whether based on tort, contract, or other theory of recovery. This release on the part of the Janahi Parties is fully binding on Janahi Parties its respective agents, officers, directors, employees, parent corporations, subsidiary corporations, affiliates, representatives and heirs, in interest, and assigns.
Nothing in this Settlement Agreement shall be construed to release or discharge any obligation by the Janahi Parties to the Avenue Parties, including, but not limited to, the SEAMENA Loan and overpayment of clawback. All such obligations remain due and owing
Over payment of $14 million to Janahi Parties by Avenue Parties in cash, purchases and equity. An overpayment of about $6.5 million
Mutually excusive € 5 million equity transfer to Janahi of SEMENA for loan

## 4.    General Terms

4.1    If any term, condition or provision of this Agreement shall be found to be illegal or unenforceable, such clause shall be modified or deleted so as to make the balance of this Agreement, as modified, valid and enforceable to the fullest extent permitted by law.

4.2    The Parties represent and warrant that they have the legal right and authority to enter in to this Agreement and that this Agreement is a legal, valid and binding obligation enforceable against the Parties in accordance with its terms.

4.3    Each Party covenants that neither the execution of this Agreement nor the



ATTESTED TRUE COPY
S. RIZWAN ADVOCATE B.A.L.L.B
Advocate High Court &
Notary Public Karachi.



performance of its obligations hereunder violates or conflicts with any term or condition of any other agreement or obligation.

4.4    This Agreement may be executed in two or more counterparts which when taken together shall be the same as if a single document has been executed.

4.5    This Agreement may not be modified or amended except in writing with the prior written consent of the Parties.

4.6    This Agreement shall be governed by the laws of the Karachi Pakistan and supersedes any other agreements between the Parties. Any disputes relating to this Agreement, or otherwise between the Parties, shall be resolved by the Courts of the province of Sindh Pakistan. The Parties agree that reasonable attorneys' fees shall be paid to the prevailing Party in any dispute relating to this Agreement.

IN WITNESS WHEREOF, the Parties hereto have, by their duly authorized representatives, signed and delivered the Agreement on the date set forth below.

For the Janahi Parties:

By:_____

Esam Janahi
Individually and for the Janahi Parties
Bahraini old passport No. ▇▇▇▇ and Bahraini new passport No. ▇▇▇▇

For the Avenue Parties:

By:_____

Imaad Zuberi
Individually and for the Avenue Parties
U.S. passport No. ▇▇▇▇