Darrell P. White (SBN: 270038)
Michelle E. Soon (SBN: 329098)
David J. Steadmon (SBN: 333963)
**KIMURA LONDON & WHITE LLP**
3 Park Plaza, Suite 1520
Irvine, California 92614
(949) 474-0940
dwhite@klw-law.com
msoon@klw-law.com
dsteadmon@klw-law.com

Attorneys for Defendant and Counterclaimant IMAAD SHAH ZUBERI, and Defendants AVENUE CAPITAL GROUP INC., AVENUE INVESTMENT SERVICES INC., and AVENUE VENTURES

# UNITED STATES DISTRICT COURT

# THE CENTRAL DISTRICT OF CALIFORNIA--WESTERN DIVISION

| | |
|---|---|
| DR. ESAM YUSUF ABDULKARIM JANAHI, an individual; and INFRA CAPITAL INVESTMENTS PJSC, f/k/a "ABU DHABI INVESTMENT HOUSE, PJSC," a private joint-stock company<br><br>Plaintiffs,<br>v.<br><br>IMAAD SHAH ZUBERI, an individual; WEST HOLLYWOOD 11 LLC, a California limited liability company; USCARES LLC a/k/a "U.S. CARES, LLC" and "AMERICA CARES," a Delaware limited liability company; AVENUE VENTURES, LLC a/k/a "AVENUE VENTURES," a | Case No.: 2:21-cv-03975-VAP-(PLAx)<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Assigned to:<br>Hon. Virginia A. Phillips, Dept. 8A<br><br>Action Filed:   May 11, 2021<br>Trial Date:      September 13, 2022 |

1

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS
FIRST AMENDED COMPLAINT

| | |
|---|---|
| Delaware limited liability company; AVENUE CAPITAL GROUP, INC., a California Corporation; AVENUE INVESTMENT SERVICES, INC., a California Corporation; AVENUE VENTURES, an unincorporated association; and DOES 1 to 10, inclusive | |
| Defendants. | |
| AND ALL RELATED CROSS-ACTIONS. | |

**TO THE COURT, TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Defendants Imaad Zuberi, Avenue Capital Group, Inc., Avenue Investment Services, Inc., and Avenue Ventures (collectively "Defendants") hereby request the Court take judicial notice of the exhibit attached hereto pursuant to Rule 201(b) and (c) of the Federal Rules of Evidence in connection with the Motion to dismiss the First Amended Complaint ("FAC") filed by Plaintiffs Esam Janahi and Infra Capital Investments.

1. Attached hereto as "Exhibit A" is a true and correct copy of the Settlement Agreement and Release executed in 2019 by and between the Parties relating to the subject matter of the FAC.

"[C]ourts must consider the complaint in its entirety, as well as other sources courts generally examine when ruling on Rule 12(b)(6) motions to dismiss, in particular, . . . matters of which the court may take judicial notice." *Tellabs, Inc. v. Makor Issues & Rights Ltd.*, 551 U.S. 308, 322 (2007). Judicial notice is appropriate where the facts "can be accurately and readily determined from sources whose

accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). The document attached hereto as Exhibit A was attested in a foreign jurisdiction and is therefore deemed authentic in that jurisdiction. While the FAC does not incorporate the Settlement Agreement, the FAC is entirely dependent on the authenticity of the document.

Accordingly, Defendants respectfully requests that this Court take judicial notice of the document attached hereto as Exhibit A.

Dated: March 18, 2022               **KIMURA LONDON & WHITE LLP**

By:     */s/ Darrell P. White*
        Darrell P. White, Esq.
        Michelle E. Soon, Esq.
        David J. Steadmon, Esq.
        Attorneys for Defendants IMAAD SHAH ZUBERI, AVENUE CAPITAL GROUP INC., AVENUE INVESTMENT SERVICES INC., and AVENUE VENTURES

# CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2022, a copy of the foregoing **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT**, was filed electronically and served by U.S. mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

*/s/ Wendy Ramirez*
Wendy Ramirez

KIMURA LONDON & WHITE LLP