Anne Redcross Beehler (California Bar No. 312125)
anneredcross.beehler@bclplaw.com
David Root (California Bar No. 307251)
david.root@bclplaw.com
Jina Shin (California Bar No. 339309)
jina.shin@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**
1920 Main Street, Suite 1000
Irvine, California 92614-7276
Telephone:  (949) 223-7000
Facsimile:   (949) 223-7100

*Attorneys for Plaintiffs*
DR. ESAM YUSUF ABDULKARIM JANAHI; and INFRA CAPITAL INVESTMENTS PJSC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DR. ESAM YUSUF ABDULKARIM JANAHI, an individual; *et al.*,<br><br>     Plaintiffs,<br><br>  vs.<br><br>IMAAD SHAH ZUBERI, an individual; *et al.*,<br><br>     Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. 2:21-cv-03975-VAP-(PLAx)<br><br>Hon. Virginia A. Phillips<br><br>**THE PLAINTIFFS' RESPONSE TO MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS IMAAD SHAH ZUBERI, AVENUE CAPITAL GROUP INC., AVENUE INVESTMENT SERVICES INC., AND AVENUE VENTURES**<br><br>Date:  July 18, 2022<br>Time: 2:00 p.m.<br>Courtroom:  8A<br><br>Complaint Filed:      May 11, 2021<br>Counterclaim Filed:  June 29, 2021 |

# MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiffs Dr. Esam Yusuf Abdulkarim Janahi and Infra Capital Investments PJSC (together, the "**Plaintiffs**") hereby submit this response to the motion of counsel of record for defendants Imaad Shah Zuberi, Avenue Capital Group, Inc., Avenue Investment Services, Inc., and Avenue Ventures (together, the "**Defendants**") to withdraw as counsel in the above-entitled matter.

Plaintiffs do not oppose the Defendants' counsel's request to withdraw. However, if the Court grants the motion, Plaintiffs specifically request that the Court order a reasonable period of time (*e.g.*, thirty days) in which the Defendants may retain any new counsel, so that this action can move forward and the parties can diligently proceed with discovery and preparing for trial. Presently, since Defendants' counsel of record seek withdrawal, discovery has not meaningfully moved forward, and Plaintiffs request that the order impose a time by which Defendants must retain any new counsel so as to avoid delaying this matter further and to prevent future continuances based on the Defendants' delay in retaining new counsel.

In addition, Plaintiffs respectfully submit that a hearing on the motion may be appropriate so that the parties can discuss the foregoing issues and how to proceed with this case expeditiously in light of counsels' request to withdraw.

Dated: July 5, 2022                          **BRYAN CAVE LEIGHTON PAISNER LLP**

By: */s/ Anne Redcross Beehler*
    Anne Redcross Beehler
    Attorneys for Plaintiffs
    DR. ESAM YUSUF ABDULKARIM JANAHI; and INFRA CAPITAL INVESTMENTS PJSC

USA.605484937.1/YGH                1
PLAINTIFFS' RESPONSE TO MOTION TO WITHDRAW AS COUNSEL