UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   CV 21-3975-VAP (PLAx)                                         Date: 07/18/22

Title   Esam Yusuf Abdulkarim Janahi et al v. Imaad Shah Zuberi et al

Present: The Honorable:   Virginia A. Phillips, U.S. District Judge

| W. Hernandez | Myra Ponce(video) |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Anne Beehler | Megan Maita |
| David Root | Gabrielle Trujillo |
|  | David Steadmon |
|  | Darrell White |
|  | David Warrington (video) |

**Proceedings: DEFENDANT'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS IMAAD SHAH ZUBERI, AVENUE CAPITAL GROUP INC., AVENUE INVESTMENT SERVICES INC., AND AVENUE VENTURES**

The Court grants the motion and orders that corporate Defendants Avenue Capital Group, Inc., Avenue Investment Services, Inc., and Avenue Ventures retain counsel in 30 days. The Court advises Defendants that corporate entities may not appear in federal court without the representation of an attorney. (L.R. 83-2.2.2). Should Defendants fail to notify the Court that they have obtained counsel within 30 days, the Court will strike their answer to the complaint and deem the Defendants defaulted. Further, the Court sets the following dates:

| | |
|---|---|
| Deadline to file Joint Statement Re: Mediation: | 08/08/22 |
| Deadline for Plaintiff's Deposition: | remain as scheduled |
| Discovery Cut-Off: | 11/07/22 |
| Hearing on Summary Judgment Motion: | 12/05/22 at 2:00 p.m. |
| Last day to Conduct Private Mediation: | 11/23/22 |
| Pretrial Conference: | 01/09/23 at 2:30 p.m. |
| Jury Trial | 01/24/23 at 8:30 a.m. |
| Trial Estimate: | 4 days |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   CV 21-3975-VAP (PLAx)                                           Date: 07/18/22

Title   Esam Yusuf Abdulkarim Janahi et al v. Imaad Shah Zuberi et al

The request to appear telephonically [153] and the Notice of Lodging [156] are rendered moot. As discussed at the hearing, Defendants' counsel has provided contact information for Defendant Imaad Shah Zuberi, who also serves as the point of contact for entity defendants Avenue Capital Group, Avenue Investment Services, and Avenue Ventures. Zuberi's contact information is as follows:

Imaad Shah Zuberi
MDC Los Angeles
535 Alameda St.
Los Angeles, CA 90012
Phone: (213) 485-0439
Email: Counsel has only communicated with Mr. Zuberi via email through the Corrlinks system.

:50
**Initials of Preparer**   wh