1  Anne Redcross Beehler (California Bar No. 312125)
   anneredcross.beehler@bclplaw.com
2  David J. Root (California Bar No. 307251)
   david.root@bclplaw.com
3  Jina Shin (California Bar No. 339309)
   jina.shin@bclplaw.com
4  **BRYAN CAVE LEIGHTON PAISNER LLP**
   1920 Main Street, Suite 1000
5  Irvine, California  92614-7276
   Telephone:   (949) 223-7000
6  Facsimile:    (949) 223-7100

7  *Attorneys for Plaintiffs*
   DR. ESAM YUSUF ABDULKARIM JANAHI; and INFRA CAPITAL
8  INVESTMENTS PJSC

9          **UNITED STATES DISTRICT COURT**

10    **CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION**

| | |
|---|---|
| 11 DR. ESAM YUSUF ABDULKARIM JANAHI, an individual; *et al.* | Case No. 2:21-cv-03975-VAP-PLAx |
| 12 | Hon. Virginia A. Phillips |
| 13       Plaintiffs, | |
| 14       vs. | **PLAINTIFFS' AND DEFENDANT WILLA RAO'S JOINT STATEMENT REGARDING THE STATUS OF MEDIATION** |
| 15 IMAAD SHAH ZUBERI, an individual; *et al.* | |
| 16 | |
| 17       Defendants. | |
| 18 | |
| 19 AND RELATED COUNTERCLAIM. | |

20
21
22
23
24
25
26
27
28

BRYAN CAVE LEIGHTON PAISNER LLP
1920 MAIN STREET, SUITE 1000
IRVINE, CA  92614-7276

BRYAN CAVE LEIGHTON PAISNER LLP
1920 MAIN STREET, SUITE 1000
IRVINE, CA  92614-7276

1    Pursuant to the Court's July 18, 2022 Minute Order, Plaintiffs Dr. Esam

2   Yusuf Abdulkarim Janahi and Infra Capital Investments PJSC (together, the

3   "**Plaintiffs**") and Defendant Willa Rao ("**Ms. Rao**") (together, the "**Parties**") hereby

4   submit a joint statement regarding the status of mediation as follows:

5    Since the July 18, 2022 hearing, the Parties have exchanged proposed

6   mediators and other communications related to settlement.  The Parties, however,

7   are still in the process of finalizing a mediation date and mediator.  Specifically, the

8   Plaintiffs' proposed mediators (Hon. James Gray or Hon. Alexander Williams) have

9   general availability at the end of August and early September of 2022.  It is the

10   Plaintiffs' preference to engage in mediation as soon as possible so that, ideally, the

11   entirety of this matter can be resolved well in advance of the discovery cutoff and

12   summary judgment deadline—so that the Parties can preserve costs and resources.

13   Ms. Rao has proposed the Hon. Suzanne Segal.  Judge Segal is the most expensive

14   mediator proposed by the Parties and, unfortunately, is not available for this

15   mediation until October 2022, which in turn would require the Parties to continue

16   discovery efforts and expend more resources that otherwise could be used for

17   settlement.

18    The Parties' discussions about mediation have been further complicated

19   because Defendant Imaad Shah Zuberi ("**Zuberi**") is in custody and currently

20   representing himself.  On July 29, 2022, Zuberi's prior counsel indicated that their

21   firm would not facilitate communications between the Plaintiffs and Zuberi, and that

22   their primary method of communication with Zuberi was via "*CorrLinks*."  On or

23   about July 30, the Plaintiffs' counsel contacted the Metropolitan Detention Center in

24   Los Angeles where Zuberi is currently incarcerated, and was informed that

25   CorrLinks requires Zuberi to first contact the Plaintiffs via e-mail before the

26   Plaintiffs are able to communicate with him.  Upon learning this information, the

27   Plaintiffs sent Zuberi a letter that, among other things, included a list of mediators

28   that have been proposed by the Parties and requested that Zuberi advise whether he

BRYAN CAVE LEIGHTON PAISNER LLP
1920 MAIN STREET, SUITE 1000
IRVINE, CA 92614-7276

1    intends to participate in mediation.  To date, the Plaintiffs have not yet received a

2    response from Zuberi.

3        The Parties require additional time to communicate with Zuberi regarding

4    mediation and agree on a mediator.  Zuberi's deadline to obtain new counsel for

5    himself and the entity defendants is August 17, 2022.  Whether he retains new

6    counsel will inform what mediator the Parties select and whether Zuberi can

7    participate in mediation, as a number of mediators and mediation services do not

8    allow a party to participate in pro per.

9        Accordingly, the Parties respectfully request that they submit a joint

10   mediation statement once a mediator and mediation date have been confirmed by all

11   Parties and the mediator, and that the Parties submit a further status report by

12   August 29, 2022, if a mediator has not been selected and confirmed by that date.

13

14    Dated:  August 8, 2022                    **BRYAN CAVE LEIGHTON PAISNER
                                                  LLP**

15

16                                             By:  *//s// Anne Redcross Beehler*

17                                                   Anne Redcross Beehler
                                               *Attorneys for Plaintiffs*

18                                             DR. ESAM YUSUF ABDULKARIM
                                               JANAHI; and INFRA CAPITAL

19                                             INVESTMENTS PJSC

20

21
      Dated:  August 8, 2022                    **SUMMA LLP**

22

23                                             By:  *//s// Megan Maitia*

                                                    Megan Maitia
24                                             *Attorneys for Defendant*
                                               WILLA RAO

25

26

27

28

1

**Certification in Compliance with Local Rule 5-4.3.4**

2      I hereby certify that, pursuant to Local Rule 5-4.3.4(a)(2)(i), I have obtained

3  the authorization from the above-noted signatories, representing the above-noted

4  parties, to file the above-referenced document, and that the above-noted signatories

5  concur in the filing's content.

6

7   Dated:  August 8, 2022                    **BRYAN CAVE LEIGHTON PAISNER LLP**

8

9                                             By:  *//s// Anne Redcross Beehler*

10                                                  Anne Redcross Beehler
                                                   *Attorneys for Plaintiffs*

11                                                 DR. ESAM YUSUF ABDULKARIM
                                                   JANAHI; and INFRA CAPITAL

12                                                 INVESTMENTS PJSC

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BRYAN CAVE LEIGHTON PAISNER LLP
1920 MAIN STREET, SUITE 1000
IRVINE, CA 92614-7276

3

**PROOF OF SERVICE**
**CCP 1013A(3)**
*Dr. Esam Yusuf Abdulkarim Janahi, et al. v. Imaad Shah Zuberi, et al.*
**USDC Central District of California, Western Division Case No. 2:21-cv-03975-VAP-PLA**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action.  My business address is:  1920 Main Street, Suite 1000, Irvine, California 92614.

On *August 8, 2022*, I served the following document(s) described as:

**PLAINTIFFS' AND DEFENDANT WILLA RAO'S JOINT STATEMENT REGARDING THE STATUS OF MEDIATION** on all interested parties in this action as follows:

| | |
|---|---|
| Darrell P. White<br>Michelle E. Soon<br>David J. Steadmon<br>**KIMURA LONDON & WHITE LLP**<br>3 Park Plaza, Suite 1520<br>Irvine, CA 92614<br>(949) 474-0940 | ***Attorneys for Defendants Imaad Shah Zuberi, Avenue Captial Group Inc., Avenue Investment Services Inc., Avenue Venture LLC, Avenue Ventures, West Hollywood 11, LLC, and USCares, LLC***<br>Phone:        (949) 474-0940<br>Facsimile:    (949) 485-2946<br>Email: dwhite@klw-law.com<br>              msoon@klw-law.com<br>              dsteadmon@klw-law.com |

[☒] BY CM/ECF NOTICE OF ELECTRONIC FILING:  I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

[☒] FEDERAL - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on *August 8, 2022*, at Irvine, California.

_____
Angelina M. Andrade

BRYAN CAVE LEIGHTON PAISNER LLP
1920 MAIN STREET, SUITE 1000
IRVINE, CA 92614-7276