1

**BARNES & THORNBURG LLP**
Eric Beste, Esq. (SBN 226089)
655 W. Broadway, Suite 1300
San Diego, CA. 92101
Tel.: 619-321-5015
Email: Eric.Beste@btlaw.com

2

3

4

Alexandra Kelly (SBN 305811)
2029 Century Park East, Suite 300
Los Angeles, CA 90067
Tel.: 310-284-3880
Email: Alexandra.Kelly@btlaw.com

5

6

7

Attorneys for Defendants and Counterclaimants IMAAD SHAH ZUBERI and
AVENUE VENTURES LLC and Defendants AVENUE VENTURES, AVENUE
CAPITAL GROUP INC. and AVENUE INVESTMENT SERVICES, INC.

8

9

10

## UNITED STATES DISTRICT COURT

11

## CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

12

DR. ESAM YUSUF ABDULKARIM
JANAHI, an individual; *et al.*

| Case No. 2:21-CV-03975-VAP-PLA

13

14

Plaintiffs,

| **SUPPLEMENTAL JOINT STATUS REPORT AND STIPULATION REGARDING CONTINUANCE OF MEDIATION TO DECEMBER 1, 2022**

15

vs.

16

17

IMAAD SHAH ZUBERI, an
individual; *et al.*

[*[Proposed] Order and Declaration of Alexandra Kelly filed concurrently herewith*]

18

Defendants.

Action Filed:   May 11, 2021
Trial Date:      April 25, 2023

19

20

AND RELATED COUNTERCLAIM.

21

22

## JOINT STATUS REPORT AND STIPULATION

23

Plaintiffs and Counterclaim-Defendants Dr. Esam Yusuf Abdulkarim Janahi

24

("**EJ**") and Infra Capital Investments PJSC (together, the "**Plaintiffs**"), Defendant

25

and Counterclaimant Imaad Shah Zuberi ("**Mr. Zuberi**"), and Defendants Willa W.

26

Rao ("**Ms. Rao**"), Avenue Ventures, LLC, Avenue Capital Group, Inc., Avenue

27

Investment Services Inc., and Avenue Ventures, an unincorporated association (the

28

"**Entity Defendants**") (together, **Mr. Zuberi, Ms. Rao,** and the **Entity Defendants**

1

1 are the "**Defendants**") (collectively, with Plaintiffs, the "**Parties**") hereby submit the

2 following joint status report regarding mediation.

3 **PROCEDURAL SUMMARY AND STIPULATION**

4       1.     On July 18, 2022, the Court ordered the Parties to participate in a

5 private mediation on or before November 23, 2022 and to file a joint status report

6 notifying the Court of the Parties' jointly selected mediator by no later than August

7 8, 2022. (Dkt. No. 158).

8       2.     Also on July 18, 2022, the Court granted a motion to withdraw filed by

9 Mr. Zuberi's and the Entity Defendants' former counsel, allowing those defendants

10 30 days to retain new counsel. (Dkt. No. 158).

11       3.     On August 17, 2022, Eric Beste from Barnes & Thornburg LLP filed a

12 notice of appearance as counsel of record for Mr. Zuberi and the Entity Defendants

13 (Dkt. No. 161).

14       4.     On August 18, 2022, Mr. Zuberi was transferred from the Downtown

15 Los Angeles Metropolitan Detention Center to a Federal Bureau of Prisons facility

16 ("BOP Facility") in Victorville, California, en route to his designated institution.

17       5.     On August 29, 2022, the Parties filed a Joint Status Report and

18 Stipulation seeking this Court to permit the parties to participate in mediation on or

19 before November 23, 2022, with the Honorable Paul L. Abrams. (Dkt. No. 164).

20       6.     On September 1, 2022, this Court entered an order permitting the

21 Parties to participate in mediation before the Honorable Paul L. Abrams, or a private

22 mediator, on or before November 23, 2022. (Dkt. No. 166).

23       7.     On September 24, 2022, this Court entered an order advising that the

24 Hon. Paul L. Abrams was no longer available to conduct a mediation, and directing

25 the Parties to select a private mediator or submit competing proposals by September

26 28, 2022 (Dkt. No. 168).

27       8.     On September 28, 2022, the Parties filed a Joint Status Report

28 Regarding Mediator Selection and Stipulation proposing that the Parties mediate

before Gail M. Title, Esq. from ADR Services, Inc., on or about November 1, 2022, and noting that such mediation would require coordinating with the BOP Facility so Mr. Zuberi could participate remotely via phone or video conference from the facility. (Dkt. No. 171).

9.      On October 12, 2022, this Court approved of the Parties' Stipulation and ordered the Parties to participate in a private mediation on November 1, 2022, at 9:00 a.m. PST before Gail Title, Esq. This Court further ordered that Mr. Zuberi be permitted to participate remotely by phone or videoconference from the BOP facility where he was being housed at the time.  (Dkt. No. 176).

10.     On the evening of Saturday, October 29, 2022, Mr. Zuberi notified his counsel that he believed he was being transported from the BOP facility on Monday, October 31, 2022. Mr. Zuberi's transport from the BOP facility on October 31, 2022, was also confirmed through discussions between Mr. Zuberi's counsel and the BOP facility's staff, wherein the staff confirmed Mr. Zuberi was taken by the United States Marshals Service for transport to another facility. Declaration of Alexandra Kelly ("Kelly Decl."), ¶ 2.

11.     As a result of Mr. Zuberi's removal from the BOP facility and transport to another facility, Mr. Zuberi was prevented from remotely participating via phone or teleconference in the Parties' scheduled mediation with Gail Title, Esq. on November 1, 2022. *Id.*, ¶ 4.

12.     On November 1, 2022, the Parties filed a Joint Stipulation to Continue Mediation from November 1, 2022, to November 9, 2022, in order to allow Mr. Zuberi to participate in a newly set mediation date before Gail Title, Esq. on November 9, 2022, at 8:45 a.m. PST. (Dkt No. 179). The Joint Stipulation was filed in an effort to allow Mr. Zuberi to meaningfully participate in the mediation remotely pursuant to the Court's October 12, 2022 Order (Dkt No. 176).

13.     At the time the Parties filed the Joint Stipulation to Continue Mediation from November 1, 2022, to November 7, 2022, however, Mr. Zuberi's counsel had

still been unable to speak with him confirm that he would indeed be made available for the November 9, 2022 mediation before Gail Title, Esq. at 8:45 a.m. PST by the facility where he now being held—Federal Correctional Institution, Sheridan, Oregon ("FCI Sheridan"). Kelly Decl., ¶¶ 8, 9.

14. On November 7, 2022, Mr. Zuberi was finally able to speak to his counsel over the phone and confirmed that his transit to FCI Sheridan was complete. *Id.*, ¶ 8.

15. As of the drafting of this Supplemental Joint Status Report and Stipulation, the Court had not yet ruled on the Parties' earlier stipulation (Dkt. No. 179). Further, FCI Sheridan had yet to confirm that Mr. Zuberi would be made available on November 9, 2022, at 8:45 a.m. PST, the previously scheduled mediation date with Gail Title, Esq. *Id.*, ¶ 9.

16. On November 7, 2022, less than two days before the previously set mediation date and time, and with the Parties still unable to confirm whether Mr. Zuberi would be able to participate in the November 9, 2022 mediation before Gail Title, Esq, the Parties contacted Gail Title, Esq.'s case manager to reschedule the mediation for December 1, 2022, at 10:30 a.m. PST, the earliest available date for Gail Title, Esq, to whom the Parties have already paid mediation fees and submitted their respective briefing. *Id.*, ¶ 10.

17. Thus, to allow Mr. Zuberi to meaningfully participate in the mediation remotely pursuant to the Court's October 12, 2022 Order (Dkt. No. 176), and to ensure that there is sufficient time to coordinate with FCI Sheridan to make Mr. Zuberi available for the mediation, the Parties respectfully request that the court-ordered mediation take place before Gail Title, Esq. on December 1, 2022, at 10:30 a.m. PST. The Parties further ask that the Court issue an order requiring the Bureau of Prisons to make Mr. Zuberi available to participate in the mediation remotely, via phone or teleconference, from FCI Sheridan.

**IT IS SO STIPULATED.**

Dated:  November 9, 2022        **BARNES & THORNBURG LLP**

By:         /s/ Alexandra Kelly
                    Alexandra Kelly
Attorneys for Defendant and Counterclaimant
IMAAD SHAH ZUBERI, and Defendants
AVENUE CAPITAL GROUP INC., AVENUE
INVESTMENT SERVICES INC., and AVENUE
VENTURES, an unincorporated association

Dated:  November 9, 2022        **BRYAN CAVE LEIGHTON PAISNER LLP**

By:         /s/ Anne Redcross Beehler
                    Anne Redcross Beehler
Attorneys for Plaintiffs and Counterclaim-
Defendants IMAAD SHAH ZUBERI and
AVENUE VENTURES LLC and Defendants
AVENUE VENTURES, AVENUE CAPITAL
GROUP INC. and AVENUE INVESTMENT
SERVICES, INC.

Dated:  November 9, 2022        **SUMMA LLP**

By:         /s/ Megan Maitia
                    Megan Maitia
Attorneys for Defendant
WILLA W. RAO

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Certification in Compliance with Local Rule 5-4.3.4**

I hereby certify that, pursuant to Local Rule 5-4.3.4(a)(2)(i), I have obtained the authorization from the above-noted signatories, representing the above-noted parties, to file the above-referenced document, and that the above-noted signatories concur in the filing's content.

By:  _/s/ Alexandra Kelly_ 
Alexandra Kelly

24183087v1

SUPPLEMENTAL JOINT STATUS REPORT AND STIPULATION RE: MEDIATION