**BARNES & THORNBURG LLP**
Eric Beste, Esq. (SBN 226089)
655 W. Broadway, Suite 1300
San Diego, CA, 92101
Tel.: 619-321-50115
Email: Eric.Beste@btlaw.com

Alexandra Kelly (SBN 305811)
2029 Century Park East, Suite 300
Los Angeles, CA 90067
Tel.: 310-284-3880
Email: Alexandra.Kelly@btlaw.com

*Attorneys for Defendants and Counterclaimants*
IMAAD SHAH ZUBERI and AVENUE VENTURES LLC and Defendants AVENUE VENTURES, AVENUE CAPITAL GROUP INC. and AVENUE INVESTMENT SERVICES, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| DR. ESAM YUSUF ABDULKARIM JANAHI, an individual; *et al.* <br><br> Plaintiffs, <br><br> vs. <br><br> IMAAD SHAH ZUBERI, an individual; *et al.* <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS. | Case No. 2:21-CV-03975-VAP-PLA <br><br> **JOINT STIPULATION RE: AMENDMENT TO PROTECTIVE ORDER** <br><br> Action Filed:  May 11, 2021 <br> Trial Date:     May 16, 2023 |

## JOINT STIPULATION

Plaintiffs and Counterclaim-Defendants Dr. Esam Yusuf Abdulkarim Janahi ("**EJ**") and Infra Capital Investments PJSC (together, the "**Plaintiffs**"), Defendant and Counterclaimant Imaad Shah Zuberi ("**Mr. Zuberi**"), and Defendants Willa W.

1
JOINT STIPULATION RE: AMENDMENT TO PROTECTIVE ORDER

1  Rao ("**Rao**"), Avenue Ventures, LLC, Avenue Capital Group, Inc., Avenue
2  Investment Services Inc., and Avenue Ventures, an unincorporated association (the
3  "**Entity Defendants**") (together, **Mr. Zuberi, Ms. Rao,** and the **Entity Defendants**
4  are the "**Defendants**") (collectively, with Plaintiffs, the "**Parties**") hereby stipulate
5  through their respective attorneys of record and pursuant to Federal Rule of Civil
6  Procedure 29 that:

7       Discovery in this case includes sensitive financial, confidential business,
8  and/or trade secret information of the parties and non-parties to this action and shall
9  be conducted on the terms and conditions of the Amended Stipulated Protective
10 Order filed on March 7, 2022 (Dkt. 97) ("Operative Protective Order"), which is
11 incorporated by reference.

12      The Operative Protective Order should include an additional definition and
13 term, namely that the Parties agree that certain Information or Items may be
14 designated "ATTORNEYS' EYES ONLY – OUTSIDE COUNSEL OF RECORD
15 & TESTIFYING EXPERTS ONLY."  A Testifying Expert is defined as a person
16 with specialized knowledge or experience in a matter pertinent to the litigation who
17 has been retained by a Party or its counsel to serve as an expert witness to testify at
18 trial. This designation is appropriate when one Party's disclosure of extremely
19 sensitive financial, confidential, and/or trade secret information to another Party or
20 Non-Party would create a substantial risk of serious harm that could not be avoided
21 by less restrictive means.  Information or Items designated "ATTORNEYS' EYES
22 ONLY – OUTSIDE COUNSEL OF RECORD & TESTIFYING EXPERTS ONLY"
23 may be viewed only by (1) Outside Counsel of Record, and (2) Testifying Expert
24 Witnesses.

25      If any Party seeks to use any Information or Item designated as
26 "ATTORNEYS' EYES ONLY – OUTSIDE COUNSEL OF RECORD &
27 TESTIFYING EXPERTS ONLY" in a pleading that would make the Information or
28

1  Item available to those outside the Outside Counsel of Record or Testifying Expert
2  Witness designations, then the Parties agree to meet and confer on appropriate
3  redactions.  To the extent the Parties cannot agree on appropriate redactions, then
4  they will follow the procedure for "Challenging Confidentiality Designations" set
5  forth in Section VII of the Operative Protective Order.

   For purposes of the use of any document(s) designated "ATTORNEYS'
   EYES ONLY – OUTSIDE COUNSEL OF RECORD & TESTIFYING EXPERTS
   ONLY" at trial, the Parties agree to meet and confer on appropriate redactions.  To
   the extent the Parties cannot agree on appropriate redactions, then they will submit
   any disputes to the Court on or before the first day of trial.  This requirement
   supersedes the procedure for "Challenging Confidentiality Designations" set forth in
   Section VII of the Operative Protective Order.

   IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  February 6, 2023

**BRYAN CAVE LEIGHTON PAISNER LLP**

By:  */s/ Anne Redcross Beehler*
        Anne Redcross Beehler
Attorneys for Plaintiffs and Counterclaim-Defendants
DR. ESAM YUSUF ABDULKARIM JANAHI; and INFRA CAPITAL INVESTMENTS PJSC

Dated: February 6, 2023      **BARNES & THORNBURG LLP**

By: /s/ *Alexandra Kelly*
    Alexandra Kelly
Attorneys for Defendant and Counterclaimant IMAAD SHAH ZUBERI, and Defendants AVENUE CAPITAL GROUP INC., AVENUE INVESTMENT SERVICES INC., and AVENUE VENTURES, an unincorporated association

Dated: February 6, 2023      **SUMMA LLP**

By: /s/ *Megan Maitia*
    Megan Maitia
Attorneys for Defendant
WILLA W. RAO

## ATTESTATION

All signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ *Alexandra S. Kelly*
Alexandra S. Kelly

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

**Dated:** February 7, 2023

HONORABLE PAUL L. ABRAMS
United States Magistrate Judge