Anne Redcross Beehler, CSB No. 312125
anneredcross.beehler@bclplaw.com
David J. Root, CSB No. 307251
david.root@bclplaw.com
Jina Shin, CSB No. 339309
jina.shin@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**
1920 Main Street, Suite 1000
Irvine, California 92614-7276
Telephone:  (949) 223-7000
Facsimile:  (949) 223-7100

*Attorneys for Plaintiffs and Counterclaim-Defendants*
DR. ESAM YUSUF ABDULKARIM JANAHI and INFRA CAPITAL INVESTMENTS PJSC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| DR. ESAM YUSUF ABDULKARIM JANAHI, an individual; *et al.*<br><br>Plaintiffs,<br><br>vs.<br><br>IMAAD SHAH ZUBERI, an individual; *et al.*<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. 2:21-CV-03975-VAP-PLA<br><br>**JOINT NOTICE OF SETTLEMENT-IN-PRINCIPLE AND APPLICATION TO EXTEND DEADLINES TO FACILITATE FINALIZING A SETTLEMENT AGREEMENT**<br><br>[*[Proposed]* Order filed concurrently herewith]<br><br>Action Filed: May 11, 2021<br>Trial Date: August 1, 2023 |

Plaintiffs Dr. Esam Yusuf Abdulkarim Janahi and Infra Capital Investments PJSC (together, "**Plaintiffs**"), Defendant and Counterclaimant Imaad Shah Zuberi ("**Zuberi**"), and Defendants Willa W. Rao, Avenue Ventures, LLC, Avenue Capital Group, Inc., Avenue Investment Services Inc., and Avenue Ventures, an unincorporated association (together, with Plaintiffs and Zuberi the "**Parties**") make this joint filing to (1) notify the Court that the Parties have reached the basic terms of a settlement-in-principle of this case and are working to draft a settlement agreement memorializing all terms; and (2) request that, to facilitate the drafting and signing of a final settlement agreement, the Court extend current deadlines by approximately forty five days in accordance with the attached proposed order.

The Parties' specific proposals for extension are as follows:

1. The fact discovery cutoff, currently set for March 10, 2023, be reset to April 24, 2023;
2. The expert discovery cutoff, currently set for March 24, 2023, be reset to May 8, 2023;
3. The summary judgment motion hearing cutoff, currently set for April 17, 2023, be reset to June 1, 2023;
4. The pretrial conference, currently set for June 26, 2023, be reset to August 14, 2023 at 2:30 p.m.;
5. The trial, currently set for August 1, 2023, be rest to September 19, 2023 at 8:00 a.m.; and
6. All deadlines calculated from the pretrial conference date and the trial date be rescheduled based on the new pretrial conference date and new trial date.

/ / /

/ / /

/ / /

/ / /

1

JOINT NOTICE OF SETTLEMENT-IN-PRINCIPLE AND APPLICATION TO EXTEND DEADLINES

| | | |
|---|---|---|
| 1 | Dated: March 3, 2023 | **BRYAN CAVE LEIGHTON PAISNER LLP** |
| 2 | | |
| 3 | | By: */s/ Anne Redcross Beehler* |
| 4 | | Anne Redcross Beehler |
| 5 | | Attorneys for Plaintiffs and Counterclaim-Defendants DR. ESAM YUSUF ABDULKARIM JANAHI; and INFRA CAPITAL INVESTMENTS PJSC |
| 6 | | |
| 7 | Dated: March 3, 2023 | **BARNES & THORNBURG LLP** |
| 8 | | |
| 9 | | By: */s/ Alexandra Kelly* |
| 10 | | Alexandra Kelly |
| 11 | | Attorneys for Defendant and Counterclaimant IMAAD SHAH ZUBERI, and Defendants AVENUE CAPITAL GROUP INC., AVENUE INVESTMENT SERVICES INC., and AVENUE VENTURES, an unincorporated association |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | Dated: March 3, 2023 | **SUMMA LLP** |
| 16 | | |
| 17 | | By: */s/ Megan Maitia* |
| 18 | | Megan Maitia |
| 19 | | Attorneys for Defendant WILLA W. RAO |

BRYAN CAVE LEIGHTON PAISNER LLP
1920 MAIN STREET, SUITE 1000
IRVINE, CA 92614-7276

2
JOINT NOTICE OF SETTLEMENT-IN-PRINCIPLE AND APPLICATION TO EXTEND DEADLINES

**Certification in Compliance with Local Rule 5-4.3.4**

I hereby certify that, pursuant to Local Rule 5-4.3.4(a)(2)(i), I have obtained the authorization from the above-noted signatories, representing the above-noted parties, to file the above-referenced document, and that the above-noted signatories concur in the filing's content.

Dated: March 3, 2023

**BRYAN CAVE LEIGHTON PAISNER LLP**

By: */s/ Anne Redcross Beehler*
Anne Redcross Beehler
Attorneys for Plaintiffs and Counterclaim-Defendants DR. ESAM YUSUF ABDULKARIM JANAHI; and INFRA CAPITAL INVESTMENTS PJSC