Anne Redcross Beehler, CSB No. 312125
anneredcross.beehler@bclplaw.com
David J. Root, CSB No. 307251
david.root@bclplaw.com
Jina Shin, CSB No. 339309
jina.shin@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**
1920 Main Street, Suite 1000
Irvine, California 92614-7276
Telephone: (949) 223-7000
Facsimile: (949) 223-7100

*Attorneys for Plaintiffs and Counterclaim-Defendants*
DR. ESAM YUSUF ABDULKARIM JANAHI and INFRA CAPITAL INVESTMENTS PJSC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| DR. ESAM YUSUF ABDULKARIM JANAHI, an individual; *et al.*<br><br>Plaintiffs,<br><br>vs.<br><br>IMAAD SHAH ZUBERI, an individual; *et al.*<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. 2:21-CV-03975-VAP-PLA<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS**<br><br>Action Filed: May 11, 2021 |

1    Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties,
2  having resolved all claims asserted at any point in this litigation, hereby stipulate to
3  the dismissal with prejudice of this case and all claims and counterclaims ever
4  asserted herein.  Each party further stipulates that they will bear all of their own
5  costs incurred in the prosecution and defense of this litigation, including but not
6  limited to attorneys' fees.
7    Respectfully submitted this 1st day of May, 2023.

Dated:  May 1, 2023                **BRYAN CAVE LEIGHTON PAISNER LLP**

By:  */s/ Anne Redcross Beehler*
        Anne Redcross Beehler
Attorneys for Plaintiffs and Counterclaim-Defendants
DR. ESAM YUSUF ABDULKARIM JANAHI; and INFRA CAPITAL INVESTMENTS PJSC

Dated:  May 1, 2023                **BARNES & THORNBURG LLP**

By:  */s/ Eric Beste*
        Eric Beste
Attorneys for Defendant and Counterclaimant IMAAD SHAH ZUBERI, and Defendants AVENUE CAPITAL GROUP INC., AVENUE INVESTMENT SERVICES INC., and AVENUE VENTURES, an unincorporated association

Dated:  May 1, 2023                **SUMMA LLP**

By:  */s/ Megan Maitia*
        Megan Maitia
Attorneys for Defendant
WILLA W. RAO

2
STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS

**Certification in Compliance with Local Rule 5-4.3.4**

I hereby certify that, pursuant to Local Rule 5-4.3.4(a)(2)(i), I have obtained the authorization from the above-noted signatories, representing the above-noted parties, to file the above-referenced document, and that the above-noted signatories concur in the filing's content.

Dated:  May 1, 2023

BRYAN CAVE LEIGHTON PAISNER LLP

By:  */s/ Anne Redcross Beehler*
     Anne Redcross Beehler
Attorneys for Plaintiffs and Counterclaim-Defendants
DR. ESAM YUSUF ABDULKARIM JANAHI; and INFRA CAPITAL INVESTMENTS PJSC